United States District Court
Southern District of Texas
**ENTERED**
May 28, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SHANE DESCANT, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. 2:22-CV-00308 |
| CTCI AMERICAS, INC., *et al.*, | § § § | |
| Defendants. | § § | |

## ORDER GRANTING JOINT MOTION TO DISMISS

The Court, having considered the parties' Joint Motion to Dismiss With Prejudice, (D.E. 56), **ORDERS** the above-captioned action be **DISMISSED with prejudice** pursuant to the parties' agreements. Each party will bear their own respective costs, expenses and attorney's fees. All pending Motions are **DENIED** as moot. All court settings are **CANCELED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

ORDERED on May 28, 2024.

_Jason Libby_
Jason B. Libby
United States Magistrate Judge