United States District Court
Southern District of Texas
**ENTERED**
April 09, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| SHANE DESCANT, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. 2:22-CV-00308 |
| § | |
| CTCI AMERICAS, INC., § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

Pursuant to the Court's Order Adopting Memorandum and Recommendation (D.E. 107), the Court enters final judgment dismissing this action with prejudice.

**ORDERED** on April 9, 2025.

*[signature]*
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE

1 / 1